1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny Street, Ste. 200
   San Francisco, CA 94108
3  Tel:   (415) 956-5513
   Fax:   (415) 840-0308
4  Email: bob@jobelaw.com

5  Attorney for Plaintiffs.

6

7              UNITED STATES DISTRICT COURT FOR THE

8                  CENTRAL DISTRICT OF CALIFORNIA

9

10  LIHUA REN ET AL.,                    )   No.   CV 08-03664 MMM (CTx)
                                         )
11       Plaintiffs,                     )
                                         )
12       v.                              )
                                         )
13  JANE ARELLANO, DISTRICT              )   [PROPOSED] ORDER
    DIRECTOR, USCIS LOS ANGELES          )
14  DISTRICT OFFICE; ET AL.,             )
                                         )
15       Defendants.                     )
                                         )

16

17                          [PROPOSED] ORDER

18       IT IS HEREBY ORDERED that Plaintiffs' motion for dismissal of the action be granted.

19
    DATED: 9-30-08                    _____
20                                    MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE
21

28  [PROPOSED] ORDER
    No. CV 08-03664 MMM (CTx)